# EXHIBIT 6

# CURRICULUM VITAE
# JOHN R. FAZIO, M.D.

**PERSONAL:**

Office:

Crouse Hospital
Department of Pathology
736 Irving Ave.
Syracuse, N.Y. 13210
(315) 470-7396
Fax: (315) 470-2801

Home:

Redacted- L.R. 5.2

Birthplace:

Redacted- L.R. 5.2

Birthdate:

Redacted- L.R. 5.2

Marital Status:

Redacted- L.R. 5.2

Children:

**EDUCATION:**

1972-1976

State University of New York at Albany
Albany, N.Y. 12222
Degree: B.S. Biology

1976-1978

School of Dentistry
State University of New York at Buffalo
Buffalo, N.Y. 14214

1978-1982

Albert Einstein College of Medicine
Bronx, N.Y. 10461
Degree: M.D.



EXHIBIT

Fazio-1

2.

**POSTGRADUATE TRAINING AND MEDICAL EXPERIENCE:**

1982-1983:      Flexible Internship
Walter Reed Army Medical Center
Washington, D.C. 20306

1983-1985      Chief, Acute Minor Illness Clinic
DeWitt Army Community Hospital
Ft. Belvoir, Virginia 22060

1985-1989      Pathology Residency
Fitzsimons Army Medical Center
Aurora, Colorado 80045

1989-1991      Chief of Pathology
Patterson Army Hospital
Ft. Monmouth, N.J. 07703

1991-1992      Cytopathology Fellowship
Brooke Army Medical Center
Ft. Sam Houston, Texas 78234

1992-1993      Staff Pathologist
Department of Anatomic Pathology
Brooke Army Medical Center
Ft. Sam Houston, Texas 78234

                  Staff Cytopathologist
Cytology Section
Brooke Army Medical Center
Ft. Sam Houston, Texas 78234

                  Instructor
School of Cytotechnology
Brooke Army Medical Center
Ft. Sam Houston, Texas 78234

3.

1993-2000      Instructor
               School of Cytotechnology
               SUNY Health Science Center
               Syracuse, N.Y. 13210

1993-2016      Staff Pathologist
               Department of Pathology
               Community General Hospital
               (Upstate University Hospital-Community Campus after 2011)
               Syracuse, N.Y. 13215

1993-2016      Medical Director
               Cytology Section
               Department of Pathology
               Community General Hospital
               (Upstate University Hospital-Community Campus after 2011)
               Syracuse, N.Y. 13215

1993-1998      Medical Director
               Microbiology Section
               Community General Hospital
               Syracuse, N.Y. 13215

1998-2002      Medical Director
               Transfusion Service
               Department of Pathology
               Community General Hospital
               Syracuse, N.Y. 13215

1999-2016      Medical Director
               Cytology Section
               Laboratory Alliance of Central New York
               Syracuse, N.Y. 13215

2016-present   Attending Pathologist
               Dept. of Pathology
               Crouse Hospital Hospital
               Syracuse, NY

**ADDITIONAL TRAINING:**

-Cytyc Corporation: Certified Trainer for ThinPrep Pap Test.  April 1998.
-TriPath Corporation: Certified Trainer for SurePath Pap Test.  August 2006.


4.

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| 1983 | Diplomate, National Board of Medical Examiners |
| 1984 | Maryland Medical License # D30396 |
| 1989 | American Board of Pathology<br>Anatomic Pathology/Clinical Pathology Board Certification |
| 1990 | New Jersey Medical License # 53775 |
| 1992 | American Board of Pathology<br>Cytopathology Board Certification |
| 1993 | New York Medical License # 191793 |
| 1997 | Recertification, American Board of Pathology |
| 2001 | North Carolina Medical License # 00101200 |
| 2001 | Virginia Medical License # 0101230629 |

**PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| 1982 | American Medical Association |
| 1990 | Fellow, College of American Pathologists |
| 1993 | Fellow, American Society of Cytopathology |
| 1994 | Fellow, American Society of Clinical Pathology |
| 1995 | Fellow, US and Canadian Association of Pathology |

2016            Fellow, American Society of Dermatopathology

2016            Fellow, International Society of Dermatopathology

**CME (PARTIAL LISTING):**

-ASCP/CAP Spring Meeting – 1995, 1997, 1999, 2000 (Numerous Workshops)

-ASCP/CAP Fall Meeting – 1994, 1995, 1997, 2000 (Numerous Workshops)

5.

-USCAP Annual Meeting - 1994, 1998, 2003, 2015 (Long Courses, Numerous Short Courses)

-Tutorials of Cytology – 1992, 1996

-Harvard GI/Liver Pathology Course - 2000

-Combined Skin Pathology Course - 1998, 2002

-Tutorial on Neoplastic Hematopathology - 1997, 2002, 2007

-Diagnosis of Cervical Precursor Lesions (Harvard) - 1998

-Endometrial Biopsy Interpretation (Harvard) – 1999

-AFIP Hematopathology Course – 1991

-Johns Hopkins Postgraduate Institute in Cytology – 1990

-USCAP Diagnostic Pathology Update – 2002

-Dynamic Dermatopathology (ASCP Course) – 2001, 2014

-Surgical Pathology for the Practicing Pathologist (Harvard) – 2004, 2005, 2006

-Harvard Dermatopathology Update – 2011

-Current Concepts in Surgical Pathology (Harvard) – 1987, 2012

-USCAP Dermatopathology in the Desert- 2016, 2017, 2018, 2019

-Master Class Series in Dermatopathology- 2015

-Dermatopathology: A Comprehensive Review- 2015

-Advanced Dermatopathology- 2016

-USCAP Dermatopathology Update- 2017, 2018

-ASDP Essentials of Dermatopathology- 2020


**PUBLICATIONS:**

"Diagnosis of SLE in an Elderly Male by Pericardial Fluid Cytology." <u>Diagnostic Cytopathology.</u>  Vol 18, no. 5, May 1998.


**AREAS OF INTEREST:**

Cytopathology, Dermatopathology, Breast Pathology, Immunohistochemistry, Teaching

**REFERENCES:**  Provided upon request.